# LAW OFFICES OF JAMES R. DEVITA, PLLC

81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail: jdevita@jamesrdevitalaw.com

August 31, 2020

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Jahquan Crump*, 19 Cr. 785 (KMK)

Dear Judge Karas:

I am counsel appointed under the Criminal Justice Act to represent defendant Jahquan Crump in the above referenced matter. I was reassigned to represent Mr. Crump on May 7, 2020. However, I was unable to obtain the discovery from prior counsel until quite recently. That discovery is voluminous, and I have not had adequate time to review it prior to the pretrial conference scheduled for September 9, 2020. I therefore respectfully request that the pretrial conference be adjourned for two months. I understand from Assistant United States Attorney Andrews that the government does not object to this request. I have no objection to an exclusion of time under the Speedy Trial Act for the period of the adjournment.

Granted. The conference is adjourned to 11/6/20 at 10:30 am. Time is excluded until then, in the interests of justice, to allow Mr. DeVita adequate time to review discovery. The interests of justice outweigh Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

Respectfully submitted,

s/ *James R. DeVita*

James R. DeVita

So Ordered
cc: Matthew Andrews, Esq., Assistant United States Attorney (by ECF)

9/2/20