**MEMO ENDORSED**

# LAW OFFICES OF JAMES R. DEVITA, PLLC
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail: jdevita@jamesrdevitalaw.com

September 17, 2020

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Jahquan Crump, 19 Cr. 785 (KMK)*

Dear Judge Karas:

  I am writing to request that I be relieved as counsel to defendant Jahquan Crump in this matter and that new counsel be assigned under the Criminal Justice Act. I have decided to retire from the practice of law as of December 31, 2020. As I mentioned in my August 31, 2020 letter to the Court requesting an adjournment of the September 9, 2020 status conference, I only recently received the voluminous discovery in this case I have barely even begun to review it. It appears highly unlikely that this case will be completed by December 31, 2020, and I believe it is in Mr. Crump's best interest to have new counsel assigned at this time rather than in January so that he and his new attorney have time to work together, develop the attorney client relationship, review the discovery and determine the appropriate approach to the case.

Respectfully submitted,

s/ James R. DeVita

James R. DeVita

cc: Matthew Andrews, Esq., Assistant United States Attorney (by ECF)

*[Handwritten endorsement:]* Mr. DeVita is relieved as counsel for Mr. Crump. The Court appoints Larry Sheehan to assume representation. Mr. DeVita has the profound thanks of the Court for his work on this case. So Ordered. /s/ KMK 9/18/20