UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAHQUAN CRUMP, <br><br> Petitioner, <br><br> -v- <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 23-CV-3122 (KMK) <br><br> 19-CR-785 (KMK) <br><br> ORDER TO ANSWER, 28 U.S.C. § 2255 |

KENNETH M. KARAS, United States District Judge:

The Court, having concluded that the Motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York (the "Government") that this Order has been issued.

Within sixty days of the date of this Order, the Government shall file an answer or other pleading in response to the Motion. Petitioner shall have thirty days from the date on which Petitioner is served with the Government's Answer to file a response. Absent further order, the Motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:  April 19, 2023
        New York, New York

                                                    KENNETH M. KARAS
                                            United States District Judge